## 82-DR-43-93

Howard A. ANDERSON, Appellant, (Petitioner), v. Mae G. ANDERSON, H. A. Anderson, Inc., a South Carolina Corporation and Caro-Strand, Inc., a South Carolina Corporation, Respondents.

Supreme Court

## ORDER

*Joseph T. McElveen, Jr., Bryan, Bahnmuller, King, Goldman & McElveen,* Sumter, *for respondents.*

*C. Dixon Lee, III,* Sumter, *for petitioner.*

April 18, 1985.

The above entitled cause is pending on Petition for *Writ of Certiorari* in this Court. It now appears that Petitioner wishes to withdraw the appeal and moves the Court for an Order dismissing the appeal.

IT IS ORDERED that the above captioned appeal be and hereby is dismissed.

## 82-CP-40-153

Ralph L. HUTCHINS, Respondent, v. SOUTH CAROLINA BUDGET AND CONTROL BOARD: DIVISION OF GENERAL SERVICES, Appellant (Petitioner).

(328 S. E. (2d) 481)

Supreme Court

## ORDER

*Craig K. Davis,* Columbia, *for petitioner.*

*Timothy G. Quinn,* Columbia, *for respondent.*

April 18, 1985.

The above entitled cause is pending on Petition for *Writ of Certiorari* in this Court. It now appears that Petitioner

wishes to withdraw the appeal and moves the Court for an Order dismissing the appeal.

IT IS ORDERED that the above captioned matter be and hereby is dismissed.

82-CP-17-268

S. C. INSURANCE COMPANY, Respondent (Petitioner), v. SOUTH CAROLINA FARM BUREAU MUTUAL INSURANCE COMPANY, Earl Gaddy, Johnny Hood, d/b/a Hood's Used Cars, Timmy Lee Lenhart, Linda Branch, Tammy Inman, by her Guardian ad Litem, Brenda Inman, and Sylvia Inman, by her Guardian ad Litem, Brenda Inman, Defendants, of whom, South Carolina Farm Bureau Mutual Insurance Company is, Appellant.

Appeal of SOUTH CAROLINA FARM BUREAU MUTUAL INSURANCE COMPANY.

(328 S. E. (2d) 639)

Supreme Court

*Jack L. Nettles*, Florence, *for S. C. Farm Bureau Mutual Insurance Co.*

Prior report: S. C. App., 327 S. E. (2d) 349.

May 2, 1985.

### ORDER DISMISSING APPEAL

The above entitled cause is pending on appeal in this Court. It now appears that Appellant wishes to withdraw the appeal and moves the Court for an Order dismissing the appeal.

IT IS SO ORDERED that the above captioned appeal be and hereby is dismissed.